IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 NOV 13  A 10: 04

_____ HACKETT ___
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Henry Lee Ind III #170148 )
_____ )
Full name and prison number )
of plaintiff(s)              )
                             )
                             )       CIVIL ACTION NO. 2:06 CV 1012-MEF
v.                           )       (To be supplied by Clerk of
                             )        U.S. District Court)
Off. Ronnie Sheppard CoI    )
Sgt. Franetta Riley  CoII   )
Capt. Bobby Barrett CosII   )
Capt. Leon Bolling  CosII   )       Filed
_____ )       Documented 11/9/06
                             )
_____ )
Name of person(s) who violated )
your constitutional rights.  )
(List the names of all the   )
persons.)                    )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES ( ✓ )  NO (  )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES ( ✓ )  NO (  )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) Henry Lee Ind III

               Defendant(s) Off. Brenda Pen CoI

          2.   Court (if federal court, name the district; if
               state court, name the county) _____
               Middle District

SEE ATTACHED DISCIPLINARY ATTACHED

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example:  Was the case dismissed?
   Was it appealed?  Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Kilby Prison* _____

_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

*Kilby Prison* _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
   CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS

1. *OFF. Ronnie Sheppard* _____

2. *Sgt. Franetta Riley* _____

3. *Capt. Bobby Barett* _____ *Am e* _____

4. *Capt Leon Bolling* _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *10/23/06-*

_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
   THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED;

   GROUND ONE: *{ Cruel & unusual Punishment }*

_____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 10/23/06 - officer Ronnie Sheppard
Did Continue to Harass me a fist Fight occurred
He Hit me and I Hit Him Back The officer Hit me
First out of Code of Conduct Several problems in The

GROUND TWO: Mail Room Here at Kilby prison

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

_I want Criminal Charges Manifested plus I would_
_Like to Sue for $25,000_

_____

                              _Henry Lee Joel, III_
                              Signature of plaintiff(s)

     I declare under penalty of perjury that the foregoing is true
and correct.

        EXECUTED on  _11 / 9 / 06_  .
                           (Date)

                              _I Henry Lee Joel III_
                              Signature of plaintiff(s)

4

E B - 3

ALDOC Form 225B

KCF 06-952

## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

1. Inmate: __Henry Ford__          Custody: **MED** _____          AIS: __B/M 170148__

2. Facility: __KILBY CORRECTIONAL CENTER__

3. The above named inmate is being charged by **Ronnie Sheppard COI** with violation of rule number **#29** specifically **Assault On Person Associated With the ALDOC** from regulation # **403** which occurred on or about **10/23**, 20**06** at (time) **2:45pm** (am / pm), Location: **North Dorm** . A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **On 10/23/06 you inmate Henry Ford B/170148 at approximatley 2:45pm did assault Officer Ronnie Sheppard in North Dorm by striking Officer Sheppard in the face under his left eye**.

__10/23/06__                                        _Ronnie Sheppard, COI_
Date                                         Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the ___ day of __Oct__ , 20__06__, at (time) __6 00__ (am/pm)

_Michael Freeman COI_                    _Refused to Sign_
Serving Officer / Signature / Rank              Inmate's Signature / AIS Number

6. Witnesses desired?   NO _Refused to Sign_ _____   YES _____
                          Inmate's Signature                    Inmate's Signature

7. If yes, list: _____

8. Hearing Date __10/29/06__   Time __8:45 pm.__   Place __Lieutenant Office.__

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is /is not) capable of representing himself.

_[signature]_
Signature / Hearing Officer

11. Plea: _Refuse to sign._   Not Guilty _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

_[signature]_
Signature / Hearing Officer

Annex C to AR 403  (Page 1 of 5)

KCF 06 - 952

13. Arresting Officer's testimony  (at the hearing):    **On October 23, 2006, at approximately 2:45 pm Inmate**

**Henry Ford, B/170148, did assault Officer Ronnie Sheppard, inside of North Dorm by striking  Officer**

**Sheppard in the face under Officer Sheppard left eye.**

14.  Inmate's Testimony:    **I did not hit him. He hit me. I will not sign anything because it is going to my**

**Lawyer.**

Witness: _____N/A_____    Substance of Testimony: _N/A_____

Witness: _____N/A_____    Substance of Testimony: _N/A_____

Witness: _____N/A_____    Substance of Testimony: _N/A_____

15.  The inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.
**No written question submitted.**

_____
**Signature / Hearing Officer**

16.  The following witnesses were not called  -  Reason not called

  1.  _N/A_____        N/A_____
  2.  _N/A_____        N/A_____
  3.  _N/A_____        N/A_____

KCF 06 - 952

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)

The Hearing Officer finds that:   **On October 23, 2006, Inmate Henry Ford, B/170148, did assault Officer Ronnie Sheppard by striking Officer Sheppard in the face under his left eye.**

18. Basis for Finding of Fact:   **Basis on the arresting officer testimony the hearing officer finds Inmate Ford guilty.**

19. Hearing Officer's Decision:   **XXX**   Guilty   _____   Not Guilty

20. Recommendation of Hearing Officer:   **45 days disciplinary segregation, 45 days loss of store, phone and visitation privilege. 45 days extra Duty on 2nd shift 2hrs a day. Refer to Classification for Custody Review for a Custody increase to a Higher Level Institution.  GTA= 0**

_____
Signature / Hearing Officer

**Sergeant Franetta Riley**
_____
Typed Name and Title

21. Warden's Action – Date   *11 - 3 - 06*

Approved   *Capt - Bennett*

Disapproved   _____

Other (specify)   _____

22. Reason if more then 30 calendar days delay in action.   _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the   *8th*   day of   *November*   20*06*, at (time)   *6 35*   (XX / pm).

_____
Signature / Serving Officer / Title   *John Richardson, COI*

X  INMATE REFUSED TO SIGN
_____
Inmate's Signature and AIS Number   *John Richardson, COI*