IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HENRY LEE FORD III, #170 148          *

    Plaintiff,                          *

    v.                                  *          2:06-CV-1012-MEF

OFF. RONNIE SHEPPARD COI, *et al*.,  *

    Defendants.                        *

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Kilby Correctional Facility in Mt. Meigs,

Alabama, filed this 42 U.S.C. § 1983 action on November 13, 2006. He has not submitted

the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*.

Plaintiff, therefore, shall be granted additional time to provide the court with the information

necessary for a determination of whether he should be allowed to proceed *in forma pauperis*

in this cause of action.

Accordingly, it is ORDERED that:

1. On or before November 29, 2006 Plaintiff submit either the $350.00 filing fee or

file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1]

Plaintiff is cautioned that his failure to comply with this Order will result in a

_____

[1]Plaintiff's motion for IFP status should be accompanied by a prison account statement from the
account clerk at the Kilby Correctional Facility showing the average monthly balance in his prison
account for the 6-month period immediately preceding the filing of this complaint and the average
monthly deposits to his account during the past six months.

recommendation by the undersigned that this case be dismissed; and

      2.  The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed

*in forma pauperis*.

      DONE, this 15th day of November 2006.


           /s/Susan Russ Walker
           SUSAN RUSS WALKER
           UNITED STATES MAGISTRATE JUDGE