IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| HENRY LEE FORD, III, #170148, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1012-MEF |
| | ) |
| RONNIE SHEPPARD, COI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on January 9, 2007 (Doc. #5), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case be DISMISSED without prejudice for plaintiff's failures to comply with the orders of the court and to prosecute this action. The court has determined that no lesser sanction will suffice to compel compliance with the court's orders under the circumstances.

DONE this the 26th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE